■ PATRICK A. TOFFLER, Appellant-Respondent, v VIRGINIA M. TOFFLER, Respondent-Appellant. [675 NYS2d 309] —In an action for a divorce and ancillary relief, the plaintiff husband appeals, as limited by his brief, from stated portions of a judgment of the Supreme Court, Orange County (Green, J.H.O.), dated October 30, 1997, which, *inter alia,* after a nonjury trial, did not require the defendant to pay a share of the parties' marital debt and limited the defendant's potential future obligation to repay certain educational loans guaranteed on behalf of her children to a deduction from future maintenance payments, and the defendant wife cross-appeals, as limited by her brief, from so much of the same judgment as awarded her maintenance only in the amount of $125 per week for a period of two and one-half years.

Ordered that the judgment is affirmed insofar as appealed and cross-appealed from, without costs or disbursements.

Considering the relevant factors governing equitable distribution of marital assets and liabilities (*see,* Domestic Relations Law § 236 [B] [5] [d]), including the disparity between the parties' respective incomes and education, the court properly declined to require the defendant to pay a share of the marital debt, which includes the outstanding balances on their joint credit cards (*see, Prince v Prince,* 247 AD2d 457; *Gelb v Brown,* 163 AD2d 189).

Furthermore, the court's award of maintenance in the sum of $125 per week for a two-and-one-half-year period adequately provides the defendant with an opportunity to complete her college degree and become self-supporting (*see,* Domestic Relations Law § 236 [B] [6]; *Majauskas v Majauskas,* 61 NY2d 481; *Granade-Bastuck v Bastuck,* 249 AD2d 444).

The parties' remaining contentions are without merit. Rosenblatt, J. P., O'Brien, Krausman and Goldstein, JJ., concur.